**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| AUBREY CARLSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 03-682-CG-C |
| | ) |
| UNITED AIRLINES, INC., | ) |
| | ) |
| Defendant. | |

**ORDER**

This matter is before the court on the motion of defendant, United Airlines, Inc., to set aside default. (Doc. 29).  This case was filed on October 8, 2003 and upon defendant's failure to plead or otherwise defend, default judgment was entered against defendant on March 30, 2004. (Doc. 10).  However, defendant United Airlines filed for Chapter 11 bankruptcy relief on December 9, 2002 in the United States Bankruptcy Court for the Southern District of Illinois, Eastern Division.  Defendant's bankruptcy remained pending at the time this case was filed and default was entered.   Pursuant to 11 U.S.C. § 362, defendant's bankruptcy petition operated as an automatic stay to the commencement or continuation of all judicial, administrative, or other actions or proceedings against debtor that was or could have been commenced before the commencement of defendant's bankruptcy case.  Plaintiff's cause of action arose prior to the filing of defendant's bankruptcy petition.  Therefore, this action was stayed pursuant to 11 U.S.C. § 362 at the time default was entered.  Accordingly, the default entered on March 30, 2004 (Doc. 10) is hereby **SET ASIDE** and plaintiff's motion for default judgment (Doc. 11) is **DENIED**.

**DONE and ORDERED** this 14th day of June, 2006.

/s/   Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE